United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
My Pet Enterprises II Incorporated  
    Debtor

Case No. 25-12009-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 22, 2025      Form ID: 309C      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | My Pet Enterprises II Incorporated, Po Box 15703, c/o Neil Sprafkin, Philadelphia, PA 19103-0703 |
| 15010487 | + | Art Goldberg, 703 Stable Lane, Mount Laurel, NJ 08054-4436 |
| 15010488 | + | Belmark, Inc., PO Box 8814, Carol Stream, IL 60197-8814 |
| 15010492 | + | Dave Kluge, PO Box 1212, Burlington, CT 06013-0212 |
| 15010493 | + | Dr. Harold Yaffe, 237 S 18th Street 11A, Philadelphia, PA 19103-6114 |
| 15010501 | | PNC Bank, PO Box 5561777, Louisville, KY 40285 |
| 15010498 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15010502 | + | Robert Sparfkin, 1810 S Rittenhouse Square #1402, Philadelphia, PA 19103-5822 |
| 15010504 | + | Specialty Food Network LLC, Attention: Bonnie Brauner, 1 Colton Circle, West Orange, NJ 07052-1115 |
| 15010506 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15010508 | + | Unishippers, PO Box 526279, Salt Lake City, UT 84152-6279 |
| 15010509 | + | Weber Display & Packaging, 3500 Richmond Street, Philadelphia, PA 19134-6102 |
| 15010510 | + | Wholesale Pets, PO Box 17888, Richmond, VA 23226-7888 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | May 23 2025 00:32:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | May 23 2025 04:30:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 23 2025 04:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 23 2025 00:33:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15010489 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15010490 | | Email/Text: bankruptcy@philapark.org | May 23 2025 00:33:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15010491 | + | EDI: COMCASTCBLCENT | May 23 2025 04:30:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 15010494 | | EDI: IRS.COM | May 23 2025 04:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2025 | Form ID: 309C | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| 15010495 | | Email/Text: fesbank@attorneygeneral.gov | May 23 2025 00:32:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15010500 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2025 00:32:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 15010496 | | EDI: PENNDEPTREV | May 23 2025 04:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15010497 | ^ | MEBN | May 23 2025 00:28:25 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15010499 | | Email/Text: bankruptcy@philapark.org | May 23 2025 00:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15010503 | + | Email/Text: PDELINQ@sba.gov | May 23 2025 00:32:00 | Small Business Admin., 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 15010505 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 23 2025 00:33:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15010507 | + | Email/Text: arbankruptcy@uline.com | May 23 2025 00:33:00 | Uline, 2200 S Lakeside Drive, Waukegan, IL 60085-8311 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025          Signature:     /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | My Pet Enterprises II Incorporated | EIN: | 47–5318780 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: | 7   5/21/25 |
| Case number: | 25-12009-amc | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | My Pet Enterprises II Incorporated | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | Po Box 15703<br>c/o Neil Sprafkin<br>Philadelphia, PA 19103–0703 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 923–7184<br><br>Email: christine.shubert@comcast.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 5/22/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 25, 2025 at 11:50 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264–3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**